IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ALEXANDER HARRISON WEST, <br><br> Plaintiff, <br><br> vs. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, <br><br> Defendant. | **JUDGMENT IN A CIVIL CASE** <br><br> Case No. 1:23-cv-00048-RJS-JCB <br><br> Chief District Judge Robert J. Shelby <br><br> Magistrate Judge Jared C. Bennett |

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

SO ORDERED this 10th day of October, 2023.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge